AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

☑ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

JUL 24 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### _____ District of NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  3:13-MJ-0096-VPC |
| | ) | |
| SEPTEMBER MCCONNELL | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia St.<br>Reno, NV 89501<br>Honorable Robert A. McQuaid, Jr., U.S. Magistrate | Courtroom No.: | 2 - 4th Floor |
|---|---|---|---|
| | | Date and Time: | **July 31, 2013 at 3:00 p.m.** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Jul 24, 2013

_____
Judge's signature

Valerie P. Cooke, United States Magistrate Judge
_____
*Printed name and title*